MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*WELTON v. MARSHALL*

Case No. 3:12-cv-0137 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Respondent's Motion to Dismiss Claims for Failure to Exhaust State Remedies (Docket No. 33), in conjunction with the parties' Objections and Responses (Docket Nos.34 & 35), and the Magistrate's Final Report and Recommendation, (Docket 36), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Respondent's Motion to Dismiss Claims for Failure to Exhaust State Remedies, (Docket 29), is GRANTED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: January 24, 2014